ROBERT A. ZINK
Acting Chief
WILLIAM E. JOHNSTON
DANNY NGUYEN
Trial Attorneys
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 514-0687 (Johnston)
(202) 353-0183 (Nguyen)

NICHOLAS A. TRUTANICH
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUNZO SUZUKI & PAUL SUZUKI, <br><br> Defendants. | 2:15-cr-00198-GMN-NJK <br><br> **THE GOVERNMENT'S EMERGENCY MOTION FOR STAY OF RELEASE ORDERS PENDING DISTRICT COURT REVIEW** |

**CERTIFICATION**: The undersigned certify that this pleading is timely filed.

The United States of America, through Robert Zink, Acting Chief of the Criminal Division's Fraud Section, William E. Johnston and Danny Nguyen, Trial Attorneys, Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney,

1

counsel for the United States, respectfully moves the Court for a stay of the Magistrate Judge's orders of release for Defendants Junzo Suzuki and Paul Suzuki orally issued at the Suzukis' detention hearings on April 24, 2019. Because United States Immigration and Customs Enforcement (ICE) has lodged detainers on both of the Suzukis,[1] the Magistrate Judge temporarily stayed its orders from taking effect until noon on April 26, 2019. The Government has filed a timely motion for district court review of those release orders (at ECF 297) and hereby requests that the Court extend that stay until the district court decides the Government's motion for review. Good cause for a stay exists because of the risk of flight posed by the Suzukis if they are released to the public and because of the possibility of their removal from the country if they are released to ICE.

                                                      Respectfully submitted,

Dated: April 25, 2019

ROBERT ZINK
Acting Chief
Criminal Division, Fraud Section
United States Department of Justice

/s/ Danny Nguyen
DANNY NGUYEN
WILLIAM E. JOHNSTON
Trial Attorneys
Criminal Division, Fraud Section

NICHOLAS TRUTANICH
United States Attorney
District of Nevada

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

---

[1] The Government is investigating the basis for these ICE detainers. For example, Paul Suzuki is a dual citizen of both the United States and Japan and there appears no reason why he would be removable from the country.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUNZO SUZUKI & PAUL SUZUKI, )<br>)<br>Defendants. )<br>)<br>_____ ) | 2:15-cr-00198-GMN-NJK<br><br>**ORDER GRANTING THE GOVERNMENT'S EMERGENCY MOTION FOR STAY OF RELEASE ORDERS PENDING DISTRICT COURT REVIEW** |

Based on the Government's pending Emergency Motion for Stay of Release Orders Pending District Court Review, and good cause appearing,

**IT IS HEREBY ORDERED** that the Government's motion is **GRANTED** and that the release orders issued by the Magistrate Judge as to Junzo Suzuki and Paul Suzuki on April 24, 2019, are hereby stayed pending the outcome of the Government's motion for review of those release orders at ECF 297.

Dated this 25 day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office, District of Nevada. A copy of this opposition memorandum was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 25th day of April, 2019.

        /s/ Richard Anthony Lopez
        RICHARD ANTHONY LOPEZ
        Assistant U.S. Attorney