# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>JUNZO SUZUKI & PAUL SUZUKI,<br><br>　　　　Defendant. | CASE NO. 2:15-CR-00198-GMN-NJK<br><br>**ORDER AUTHORIZING DEFENSE COUNSEL JOINT VISITATION WITH DETAINED CO-DEFENDANTS** |

The Court, on May 7, 2019, in open court, having considered the oral request for counsel for JUNZO SUZUKI and PAUL SUZUKI to authorize simultaneous legal visits with both Defendants, rather than separate legal visits at Nevada Southern Detention Center, and such authorization being necessary to comply with the rules and procedures at said facility, and with no objection to said request from Richard Anthony Lopez, Assistant United States Attorney,

IT IS HEREBY ORDERED that JUNZO SUZUKI and PAUL SUZUKI shall be allowed joint legal visits with their defense counsel at the Nevada Southern Detention Center.

Dated this ___13___ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT