# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>v.<br>JUNZO SUZUKI, PAUL SUZUKI,<br>　　Defendant(s). | Case No.: 2:15-cr-00198-GMN-NJK<br><br>**ORDER** |

The Court set a hearing to address complex case schedule for 10:00 a.m. on August 16, 2019. Docket No. 318. That hearing will be held by the undersigned in Courtroom 3C. The date and time of the hearing remain unchanged.

IT IS SO ORDERED.

Dated: July 31, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge