ROBERT ZINK
Chief
WILLIAM E. JOHNSTON
Assistant Chief
DANNY NGUYEN
Trial Attorney
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
(202) 514-0687 (Johnston)
(202) 353-0183 (Nguyen)

NICHOLAS A. TRUTANICH
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00198-GMN-NJK |
| Plaintiff, | **JOINT MOTION TO VACATE PRETRIAL DEADLINES, CALENDAR CALL, AND TRIAL DATE, AND FOR A STATUS CONFERENCE** |
| v. | |
| JUNZO SUZUKI & PAUL SUZUKI, | |
| Defendants. | |

The United States of America and Defendants Junzo Suzuki and Paul Suzuki, by and through their undersigned counsel, respectfully submit and request as follows:

That the Court schedule at its earliest convenience a status conference at which a continuance of trial can be discussed and a new trial date selected. Plea negotiations between the parties have ceased, and the parties expect this case to proceed to trial, which will take approximately three weeks. Counsel for the defendants have continued to diligently review

1

discovery provided by the government and prepare for a defense at trial. Counsel for the defendants and the government anticipate needing to make motions for Rule 15 depositions of witnesses in Japan. To allow sufficient time to schedule and take such depositions, a continuance of trial will be needed. Furthermore, given the number of witnesses from Japan who will likely need to travel to Las Vegas to testify on behalf of both the defense and the government, a firm trial date will need to be selected, which may be complicated by the Court's current trial schedule in *United States v. Palafox et al.*, 2:16-cr-265 (D. Nev.)

For the reasons discussed above, the parties jointly and respectfully request that the Court vacate the current pretrial motions schedule, calendar call, and trial date, and schedule a status conference to select new dates.

Dated: March 10, 2020

ROBERT ZINK
Chief, Fraud Section
Criminal Division,
United States Department of Justice

_____/s/_____
WILLIAM E. JOHNSTON
Assistant Chief
DANNY NGUYEN
Trial Attorney
Criminal Division, Fraud Section

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

_____/s/_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

WRIGHT MARSH & LEVY

_____/s/_____
RICHARD A. WRIGHT, ESQ.

MARSHALL SUZUKI LAW GROUP, LLP

_____/s/_____
JUNZI SUZUKI, ESQ.
Counsel for Defendants Junzo Suzuki and Paul Suzuki

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Department of Justice, Criminal Division, Fraud Section. A copy of this opposition memorandum was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 10th day of March, 2020.

/s/ William Johnston
WILLIAM JOHNSTON
Assistant Chief
Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUNZO SUZUKI & PAUL SUZUKI,

    Defendants.

2:15-cr-00198-GMN-NJK

**ORDER VACATING PRETRIAL DEADLINES, CALENDAR CALL, AND TRIAL DATE, AND SCHEDULING STATUS CONFERENCE**

Before the Court is the parties' Joint Motion to Vacate Pretrial Motions Schedule, Calendar Call Date, and Trial Date, and for a Status Conference. Based upon the Court's review of the record, including the representations set forth in the joint motion, the Court hereby vacates the pretrial motions schedule, the calendar call, and the trial date, and schedules a status conference to occur on March 31, 2020 at 10:30 A.M.

Dated this 11 day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1