UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Junzo Suzuki,<br><br>          Defendant. | Case No. 2:15-CR-00198-GMN-NJK-2<br><br>**ORDER** |

Based on the declarations and statements in Junzo Suzuki's Unopposed Motion for an Order Extending Pretrial Release for an Additional Sixty (60) Days, (ECF No. 383), and for good cause appearing, **IT IS HEREBY ORDERED** that Defendant Junzo Suzuki shall continue to remain on pretrial release for a period of an additional 60 days (until August 1, 2020), under the conditions outlined in the Court's previous order, (ECF 377).

Dated this   1   day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

1