UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>   v.<br><br>Junzo Suzuki,<br><br>        Defendant. | Case No. 2:15-CR-00198-GMN-NJK-2<br><br>**ORDER** |

    Based on the statements made in Defendant's Unopposed Motion for An Order Extending Pretrial Release for An Additional Sixty (60) Days Following Court Orders, (ECF No. 391), the supporting Declaration, this Court's previous Orders, (ECF Nos. 377 and 384), and for good cause appearing, **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion for An Order Extending Pretrial Release for An Additional Sixty Days, (ECF No. 391), is **GRANTED**. Defendant Junzo Suzuki shall continue to remain on pretrial release for a period of an additional 60 days (to October 1, 2020), under the conditions outlined in the Court's previous Order, (ECF 377).

   Dated this 28th day of July, 2020.

                                                      _____<br>
                                                      Gloria M. Navarro, District Judge<br>
                                                      UNITED STATES DISTRICT COURT