UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>v.<br><br>Junzo Suzuki,<br><br>    Defendant. | Case No. 2:15-CR-00198-GMN-NJK-2<br><br>**ORDER** |

Based on the statements made in Defendant's Unopposed Motion for An Order Extending Pretrial Release for An Additional Sixty (60) Days Following Court Orders (ECF Nos. 377, 384, and 392) (Third Request), and this Court's previous Orders, ECF Nos. 377, 384, and 392 and for good cause appearing, **IT IS HEREBY ORDERED:** that Defendant's Unopposed Motion for An Order Extending Pretrial Release for an Additional Sixty Days (Third Request) is **GRANTED**. Defendant Junzo Suzuki shall continue to remain on pretrial release for a period of an additional 60 days (to December 1, 2020), under the conditions outlined in the Court's previous order (ECF 377).

DATED this  24  day of September 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT