CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
ronald.cheng@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUNZO SUZUKI and PAUL SUZUKI,<br><br>Defendants. | Case No. 2:15-CR-00198-GMN-NJK<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Cory E. Jacobs, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

Mr. Jacobs is a member in good standing of the bar of the State of New York, he is employed by the United States as an attorney, and, in the course and scope of his

/ / /

/ / /

/ / /

/ / /

/ / /

employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 9th day of July,2021.

Respectfully Submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Chief, Criminal Division
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated this  26  day of July, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2