JOSEPH S. BEEMSTERBOER
Acting Chief
CORY E. JACOBS
DELLA SENTILLES
Trial Attorneys
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 616-4994 (Jacobs)
(202) 445-8793 (Sentilles)

CHRISTOPHER CHIOU
Acting United States Attorney
JESSICA OLIVA
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
(702) 388-6268
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-cr-00198-GMN-NJK |
| Plaintiff, | ) |
| v. | ) **UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF NO. 468)** |
| JUNZO SUZUKI & PAUL SUZUKI, | ) |
| Defendants. | ) |

The United States of America, through Joseph S. Beemsterboer, Acting Chief of the Criminal Division, Fraud Section (Cory E. Jacobs and Della Sentilles, Trial Attorneys, appearing) and Christopher Chiou, Acting United States Attorney (Jessica Oliva, Assistant United States Attorney, appearing), by and through its undersigned counsel, respectfully moves the Court for an unopposed one-month extension of time to file a response to Junzo Suzuki's and Paul Suzuki's

1

Objection to the Magistrate Judge's Report and Recommendation. ECF No. 468. In support of its motion, the government states as follows:

1. On August 18, 2021, the defendants filed a motion to dismiss the superseding indictment. ECF No. 450.

2. On September 21, 2021, U.S. Magistrate Judge Nancy J. Koppe issued a Report and Recommendation recommending that the defendants' motion to dismiss the superseding indictment be denied. ECF No. 466.

3. On October 5, 2021, the defendants filed an objection to the Magistrate Judge's Report and Recommendation. ECF No. 468.

4. The government's response to the defendants' objection is due on October 19, 2021.

5. The parties are currently engaged in formal plea negotiations and are working expeditiously to resolve this matter. To the extent that the parties are able to reach an agreement, such a resolution would negate the need for the Court to rule on the defendants' objection to the Report and Recommendation.

6. As such, the government respectfully moves the Court for a one-month extension of time in which to respond to Junzo Suzuki's and Paul Suzuki's Objection to the Magistrate Judge's Report and Recommendation, ECF No. 468, to allow the parties sufficient time to work towards a resolution and to conserve judicial resources.

7. Counsel for the defendants do not oppose the government's motion.

8. For these reasons, the government respectfully requests that the Court grant the instant motion and set a new deadline for the government's response of November 19, 2021.

Dated: October 14, 2021

Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice | CHRISTOPHER CHIOU<br>Acting United States Attorney<br>District of Nevada |
| *s/ Della Sentilles*<br>CORY E. JACOBS<br>DELLA SENTILLES<br>Trial Attorneys<br>Criminal Division, Fraud Section | *s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Department of Justice, Criminal Division, Fraud Section.  A copy of this motion was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 14th day of October, 2021.

/s/ Della Sentilles
DELLA SENTILLES
Trial Attorney
Criminal Division, Fraud Section

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) 2:15-cr-00198-GMN-NJK<br>) |
| v. | ) **[PROPOSED] ORDER**<br>) |
| JUNZO SUZUKI & PAUL SUZUKI, | )<br>)<br>) |
| Defendants. | )<br>) |

Before the Court is the United States' Unopposed Motion for an Extension of Time to File a Response to Defendants' Objection to the Magistrate Judge's Report and Recommendation. Based on the statements made in the United States' Motion:

IT IS HEREBY ORDERED: That the United States' Unopposed Motion for an Extension of Time to File a Response to Defendants' Objection to the Magistrate Judge's Report and Recommendation is GRANTED.

IT IS FURTHER ORDERED: That the United States' Response to Defendants' Objection to the Magistrate Judge's Report and Recommendation is due by **November 19, 2021**.

**SO ORDERED** on this  18  day of October, 2021.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE