JOSEPH S. BEEMSTERBOER
Acting Chief
CORY E. JACOBS
Assistant Chief
DELLA SENTILLES
Trial Attorneys
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 616-4994 (Jacobs)
(202) 445-8793 (Sentilles)

CHRISTOPHER CHIOU
Acting United States Attorney
JESSICA OLIVA
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
(702) 388-6268
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-cr-00198-GMN-NJK |
| Plaintiff, | ) |
| v. | ) **UNITED STATES' UNOPPOSED MOTION TO CONTINUE DEFENDANTS' SENTENCING HEARINGS** |
| JUNZO SUZUKI & PAUL SUZUKI, | ) |
| Defendants. | ) |

The United States of America, through Joseph S. Beemsterboer, Acting Chief of the Criminal Division, Fraud Section (Cory E. Jacobs, Assistant Chief, and Della Sentilles, Trial Attorney, appearing) and Christopher Chiou, Acting United States Attorney (Jessica Oliva, Assistant United States Attorney, appearing), by and through its undersigned counsel, respectfully moves the Court to continue defendant Junzo Suzuki's sentencing hearing and defendant Paul

1

Suzuki's sentencing hearing, which are both currently scheduled for March 30, 2022, to April 5, 2022. The parties have met and conferred, and the defendants have no objection to the above-stated request. In support of its motion, the government states as follows:

1. On January 5, 2022, defendants Junzo Suzuki and Paul Suzuki entered guilty pleas before the Court. ECF Nos. 485-488. Sentencing for both defendants was scheduled for May 11, 2022. ECF Nos. 485 & 486.

2. On January 13, 2022, the defendants filed an unopposed motion to advance the sentencing hearings to March 30, 2022, which was granted. ECF Nos. 489 & 492. The defendants' sentencing hearings are currently scheduled for March 30, 2022.

3. Counsel for the government, Cory Jacobs, is currently representing the United States in a separate trial in the Northern District of Texas, which now poses a conflict with the March 30, 2022 sentencing hearings.

4. As such, the government respectfully moves the Court to continue the defendants' sentencing hearings from March 30, 2022 to April 5, 2022, to allow counsel for the government to be present.

5. Counsel for the defendants do not oppose the government's motion.

6. For these reasons, the government respectfully requests that the Court grant the instant motion and set a new sentencing hearing date of April 5, 2022 for both defendants.

Dated: March 21, 2022

Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice | CHRISTOPHER CHIOU<br>Acting United States Attorney<br>District of Nevada |
| *s/ Della Sentilles*<br>CORY E. JACOBS<br>Assistant Chief<br>DELLA SENTILLES<br>Trial Attorney<br>Criminal Division, Fraud Section | *s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Department of Justice, Criminal Division, Fraud Section.  A copy of this motion was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 21st day of March 2021.

```
                                      /s/ Della Sentilles
                                      DELLA SENTILLES
                                      Trial Attorney
                                      Criminal Division, Fraud Section
```

...

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:15-cr-00198-GMN-NJK |
| v. | ) **ORDER** |
| JUNZO SUZUKI & PAUL SUZUKI, | ) |
| Defendants. | ) |

Before the Court is the United States' Unopposed Motion to Continue the Defendants' Sentencing Hearings. Based on the statements made in the United States' Motion:

IT IS HEREBY ORDERED: That the United States' Unopposed Motion to Continue the Defendants' Sentencing Hearings is GRANTED.

IT IS FURTHER ORDERED that the Sentencing Hearing for defendant Junzo Suzuki, currently set for March 30, 2022 at 10 am in Courtroom 7D, is continued to **April 5, 2022** at  10:00 a.m.  in Courtroom 7D.

IT IS FURTHER ORDERED that the Sentencing Hearing for defendant Paul Suzuki, currently set for March 30, 2022 at 11 am in Courtroom 7D, is continued to **April 5, 2022** at  11:00 a.m.  in Courtroom 7D.

**SO ORDERED** on this  21  day of  March , 2022.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE