JOSEPH S. BEEMSTERBOER
Acting Chief
CORY E. JACOBS
Assistant Chief
DELLA SENTILLES
Trial Attorney
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 616-4994 (Jacobs)
(202) 445-8793 (Sentilles)

CHRISTOPHER CHIOU
Acting United States Attorney
JESSICA OLIVA
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101
(702) 388-6268
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00198-GMN-NJK |
| Plaintiff, | |
| v. | **UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS BRIEF REGARDING RESTITUTION** |
| JUNZO SUZUKI & PAUL SUZUKI, | |
| Defendants. | |

The United States of America, through Joseph S. Beemsterboer, Acting Chief of the Criminal Division, Fraud Section (Cory E. Jacobs, Assistant Chief, and Della Sentilles, Trial Attorney, appearing) and Christopher Chiou, Acting United States Attorney (Jessica Oliva, Assistant United States Attorney, appearing), by and through its undersigned counsel, respectfully

1

moves the Court for an unopposed three-day extension of time to file its brief regarding restitution. In support of its motion, the government states as follows:

1.  On April 5, 2021, the Court sentenced the defendants Junzo Suzuki and Paul Suzuki to a 60-month (*i.e.*, five-year) term of imprisonment followed by a three-year period of supervised release. Per the parties' request, to which the Court agreed, the restitution amount was to be determined at a later date. ECF Nos. 515-516.

2.  This Court set the restitution hearing for June 28, 2022. Currently, the government's brief regarding restitution is due on May 3, 2022 and the defendants' response is due on May 31, 2022. *Id.*

3.  As admitted in the defendants' plea agreements, between approximately April 2012 and April 2013, the defendants induced over one-thousand investors to invest more than $141 million in MRI International Inc. ECF No. 487-8 ¶ 12.

4.  The government has been working expeditiously to provide the Court with legally sufficient support and analysis for its position regarding the correct restitution amount and to identify the specific amounts owed to each investor-victim. While this analysis is nearly complete, the amount of money involved and the number of victim-investors remains substantial.

5.  As such, the government respectfully moves the Court for a three-day extension to submit its brief regarding restitution.

6.  The parties have conferred, and counsel for the defendants do not oppose the government's motion.

7.  For these reasons, the government respectfully requests that the Court grant this motion and set a new deadline for the government's brief of May 6, 2022.

Dated: April 29, 2022

Respectfully submitted,

| | |
|---|---|
| JOSEPH S. BEEMSTERBOER<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice | CHRISTOPHER CHIOU<br>Acting United States Attorney<br>District of Nevada |
| *s/ Della Sentilles*<br>CORY E. JACOBS<br>DELLA SENTILLES<br>Trial Attorneys<br>Criminal Division, Fraud Section | *s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Department of Justice, Criminal Division, Fraud Section.  A copy of this motion was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 29th day of April, 2022.

/s/ Della Sentilles
DELLA SENTILLES
Trial Attorney
Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUNZO SUZUKI & PAUL SUZUKI,<br><br>    Defendants. | 2:15-cr-00198-GMN-NJK<br><br>**[PROPOSED] ORDER** |

Before the Court is the United States' Unopposed Motion for an Extension of Time to File Its Brief Regarding Restitution. Based on the statements made in the United States' Motion and finding reasonable cause in support of the Motion:

IT IS HEREBY ORDERED: That the United States' Unopposed Motion for an Extension of Time to File Its Brief Regarding Restitution is GRANTED.

IT IS FURTHER ORDERED: That the United States' Brief Regarding Restitution is due by **May 6, 2022**.

**SO ORDERED** on this  2   day of        May       , 2022.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE